UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

☑ Priority
__ Send
__ Clsd
__ Enter
__ JS-5/JS-6
__ JS-2/JS-3

Case No.   CV03-03495-MRP(AJWx)                                         Date: September 30, 2005

Title:   IN RE BLUE RHINO CORPORATION SECURITIES LITIGATION

========================================================================

PRESENT: THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

Marva Dillard                                                           Xavier Mireles
Courtroom Clerk                                                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

JEFFREY LIGHT                                       STEVEN J. AARONOFF

**PROCEEDINGS:**   PLAINTIFF'S MOTION FOR (1) FINAL APPROVAL OF SETTLEMENT
AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS;
AND FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

The parties are present.

The matters are held. The Court and counsel confer.

The parties indicate that the settlement is fair and reasonable.

Plaintiff's Motion for (1) Final Approval of Settlement and Plan of Allocation of Settlement Proceeds is ordered granted.

Plaintiff's Motion for Award of Attorneys' Fees and Reimbursement of Expenses is ordered granted.

The Court will sign the proposed Orders.

DOCKETED ON CM
OCT - 7 2005
BY _____ .001

MINUTES FORM 11                              Initials of Deputy Clerk ____
CIVIL - GEN                                  Time: 10 Mins