**ORIGINAL**

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
     billl@lerachlaw.com
3  TOR GRONBORG (179109)
     torg@lerachlaw.com
4  JEFFREY D. LIGHT (159515)
     jeffl@lerachlaw.com
5  401 B Street, Suite 1600
     San Diego, CA  92101
6  Telephone: 619/231-1058
     619/231-7423 (fax)
7
8  SCOTT + SCOTT, LLC
     ARTHUR L. SHINGLER III (181719)
9  401 B Street, Suite 307
     San Diego, CA  92101
10 Telephone: 619/233-4565
     619/233-0508 (fax)
11
     Co-Lead Counsel for Plaintiffs

FILED CLERK, U.S. DISTRICT COURT
OCT 5 2005
CENTRAL DISTRICT OF CALIFORNIA

LODGED CLERK, U.S. DISTRICT COURT
SEP 30 2005
CENTRAL DISTRICT OF CALIFORNIA

ENTERED CLERK, U.S. DISTRICT COURT
OCT - 7 2005
CENTRAL DISTRICT OF CALIFORNIA DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| In re BLUE RHINO CORP. SECURITIES LITIGATION | Master File No. CV-03-3495-MRP(AJWx) |
| This Document Relates To: | (Consolidated with Nos. CV-03-3671; CV-03-3874; CV-03-4362; CV-03-4357; CV-03-4394; CV-03-4584) |
| ALL ACTIONS. | CLASS ACTION |
| | [PROPOSED] ORDER APPROVING PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |
| | DATE: September 30, 2005<br>TIME: 1:00 p.m.<br>COURTROOM: The Honorable Mariana R. Pfaelzer |

DOCKETED ON CM
OCT - 7 2005
BY _____ 001

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

107

1   This matter having come before the Court on plaintiffs' motion for approval of the Plan of Allocation of settlement proceeds in the above-captioned action; the Court having considered all papers filed and proceedings had herein; and otherwise being fully informed in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of April 25, 2005 (the "Stipulation").

2. Pursuant to and in compliance with Rule 23 of the Colorado Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons and entities who are Settlement Class Members, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all persons and entities who are Settlement Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the formula for the calculation of the claims of Authorized Claimants which is set forth in the Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and in the Notice of Settlement of Class Action ("Notice") sent to Settlement Class Members provides a fair and reasonable basis upon which to allocate the proceeds of the Settlement Fund established by the Stipulation among Settlement Class Members, with due consideration having been given to administrative convenience and necessity. This Court hereby finds and concludes that the Plan of Allocation set forth in the Notice is, in all respects, fair, reasonable and adequate and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: October 3, 2005

_____
THE HONORABLE MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

S:\Settlement\Blue Rhino.set\ORD ALLOCATION 00024028.doc

- 1 -