**ORIGINAL**

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   billl@lerachlaw.com
3  TOR GRONBORG (179109)
   torg@lerachlaw.com
4  JEFFREY D. LIGHT (159515)
   jeffl@lerachlaw.com
5  401 B Street, Suite 1600
   San Diego, CA 92101
6  Telephone: 619/231-1058
   619/231-7423 (fax)
7
   SCOTT + SCOTT, LLC
8  ARTHUR L. SHINGLER III (181719)
   401 B Street, Suite 307
9  San Diego, CA 92101
   Telephone: 619/233-4565
10 619/233-0508 (fax)
11 Co-Lead Counsel for Plaintiffs

FILED CLERK, U.S. DISTRICT COURT OCT 5 2005 CENTRAL DISTRICT OF CALIFORNIA

ENTERED CLERK, U.S. DISTRICT COURT OCT -7 2005 CENTRAL DISTRICT OF CALIFORNIA DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

LODGED CLERK, U.S. DISTRICT COURT SEP 30 2005

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| In re BLUE RHINO CORP. SECURITIES LITIGATION | Master File No. CV-03-3495-MRP(AJWx) |
| This Document Relates To: | (Consolidated with Nos. CV-03-3671; CV-03-3874; CV-03-4362; CV-03-4357; CV-03-4394; CV-03-4584) |
| ALL ACTIONS. | CLASS ACTION |
| | [PROPOSED] ORDER AWARDING LEAD COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |
| | DATE: September 30, 2005<br>TIME: 1:00 p.m.<br>COURTROOM: The Honorable Mariana R. Pfaelzer |

DOCKETED ON CM   OCT -7 2005   BY _____ 001

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

108

1 THIS MATTER having come before the Court on September 30, 2005, on the application of counsel for plaintiffs for an award of attorneys' fees, reimbursement of unpaid expenses incurred in the Litigation, the Court, having considered all papers filed and proceedings conducted herein, having found the settlements of this Litigation to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of April 25, 2005 ("Stipulation").

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Settlement Class who have not timely and validly requested exclusion.

3. The Court hereby awards Lead Counsel attorneys' fees of 21.5% of the Settlement Fund and expenses in an aggregate amount of $226,385.98, together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. Said fees and expenses shall be allocated among plaintiffs' counsel in a manner which, in Plaintiffs' Settlement Counsel's good faith judgment, reflects each such counsel's contribution to the institution, prosecution and resolution of the Litigation. The Court finds that the amount of fees awarded is fair and reasonable under the "percentage-of-recovery" method.

4. The awarded attorneys' fees and expenses, and interest earned thereon, shall be paid to Plaintiffs' Settlement Counsel from the Settlement Fund immediately after the date this Order is executed subject to the terms, conditions and obligations of the Stipulation and in particular ¶6.2 thereof, which terms, conditions and obligations are incorporated herein.

5. Lead Plaintiffs Andy Lee, Steven Lindeman, and Charles Anderberg are hereby awarded $1,072.50, $2,000.00, and $1,072.50, respectively.

IT IS SO ORDERED.

DATED: October 3, 2005

THE HONORABLE MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

S:\Settlement\Blue Rhino set\ORD FEES 00024032.doc

- 2 -